IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIGHT ZENGE,** | : | CIVIL ACTION NO. 1:19-CV-820 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MONDELEZ GLOBAL, LLC,** | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 25th day of August, 2020, upon consideration of the report (Doc. 33) of Magistrate Judge William I. Arbuckle recommending that the court grant defendant's motion (Doc. 28) to dismiss for lack of prosecution, and it appearing that plaintiff has not objected to the report, see FED. R. CIV. P. 72(b)(2),[1] and the court noting that the failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court being in agreement with

---

[1] Plaintiff's objections were due no later than August 17, 2020.

Judge Arbuckle's analysis and recommendation with respect to plaintiff's nonprosecution of his case, (see Doc. 33 at 14-17), and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 33) of Magistrate Judge Arbuckle is ADOPTED.

2. Defendant's motion (Doc. 28) to dismiss for failure to prosecute is GRANTED.

3. Plaintiff's claims are DISMISSED with prejudice.

4. The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania